No. 1245, Misc. CHRISTENSEN *v.* HAGEDORN ET AL. Supreme Court of Ohio. Certiorari denied. Petitioner *pro se. Steven Timonere* and *Arthur F. James* for respondents.

No. 1264, Misc. BLUME *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1267, Misc. McCANTS *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 1269, Misc. LEE *v.* PATE, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied.

No. 1272, Misc. EDWARDS *v.* WALLACK, WARDEN. Court of Appeals of New York. Certiorari denied.

No. 1273, Misc. BRABSON *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 1275, Misc. NEAL *v.* CALIFORNIA. Supreme Court of California. Certiorari denied.

No. 1280, Misc. CASTANO *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 1281, Misc. WHITTINGTON *v.* ANDERSON, JAIL SUPERINTENDENT. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Marshall, Harold H. Greene* and *Howard A. Glickstein* for respondent.